DENNIS J. HERRERA, State Bar #139669
City Attorney
ANDREW SHEN, State Bar #232499
TARA M. STEELEY, State Bar #231775
JENICA MALDONADO, State Bar #266982
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YES ON PROP B, COMMITTEE IN SUPPORT OF THE EARTHQUAKE SAFETY AND EMERGENCY RESPONSE BOND and TODD DAVID,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:20-cv-00630 CRB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  February 14, 2020<br>Time:          10:00 a.m.<br>Judge:         Judge Charles R. Breyer<br>Place:         Courtroom 6, 17th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, CA<br><br>Trial Date:    None set.<br><br>Attachments:   Exhibits A - C |

Defendant City and County of San Francisco hereby respectfully request, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following material in support of its Opposition to Plaintiffs' Motion for Preliminary Injunction.

1. Attached hereto as **Exhibit A** is a true and correct copy of City and County of San Francisco Ordinance No. 129-18.

2. Attached hereto as **Exhibit B** is a true and correct copy of the City and County of San Francisco November 5, 2019, Consolidated Municipal Election Final Summary Report.

3. Attached hereto as **Exhibit C** is a true and correct excerpt of the Voter Information Pamphlet from the November 5, 2019 Election, containing the portions applicable to Proposition F.

**Exhibit A** is judicially noticeable because "[m]unicipal ordinances are proper subjects for judicial notice." *Tollis, Inc. v. Cty. of San Diego*, 505 F.3d 935, 938 n. 1 (9th Cir. 2007).

**Exhibit B** is judicially noticeable because the Court may take judicial notice of "a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Exhibit B satisfies that requirement.  In addition, Exhibit B is a matter of public record and can be found on the San Francisco Department of Elections' website, at https://sfelections.sfgov.org/november-5-2019-election-results-summary.

**Exhibit C** is judicially noticeable because the Court may take judicial notice of "a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Exhibit C satisfies that requirement.  In addition, Exhibit C is a matter of public record and can be found on the San Francisco

/ / /

/ / /

/ / /

Department of Elections' website, at

https://sfelections.sfgov.org/sites/default/files/Documents/Voting/2019/N19_VIP_EN.pdf.

Date: February 7, 2020
　　　　　　　　　　　　　　DENNIS J. HERRERA
　　　　　　　　　　　　　　City Attorney
　　　　　　　　　　　　　　ANDREW SHEN
　　　　　　　　　　　　　　TARA M. STEELEY
　　　　　　　　　　　　　　JENICA MALDONADO
　　　　　　　　　　　　　　Deputy City Attorneys

　　　　　　　　　　　By: s/Tara M. Steeley
　　　　　　　　　　　　　　TARA M. STEELEY

　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　CITY AND COUNTY OF SAN FRANCISCO