IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YES ON PROP B, COMMITTEE IN SUPPORT OF THE EARTHQUAKE SAFETY AND EMERGENCY RESPONSE BOND, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No. 20-cv-00630-CRB<br><br>**ORDER GRANTING PARTIAL PRELIMINARY INJUNCTION** |

The City and County of San Francisco concedes Proposition F should be preliminarily enjoined as applied to Yes on Prop B's proposed 5" by 5" newspaper advertisements, smaller "ear" advertisements, and spoken disclaimers on digital or audio advertisements of thirty seconds or less. See Mot. (dkt. 5) at 1; Opp'n (dkt. 18) at vii. In light of this agreement and the fact that Proposition B will be on the ballot less than a month away, on March 3, 2020, the Court finds that it is appropriate to issue a partial preliminary injunction now. The City and County of San Francisco are prohibited from enforcing the disclaimer laws adopted through Proposition F against Yes on Prop B's proposed 5" by 5" newspaper advertisements, smaller "ear" advertisements, and spoken disclaimers on digital or audio advertisements of thirty seconds or less. The Court will rule on the remainder of Yes on Prop B's requested relief after full briefing and a hearing. This preliminary injunction will remain in effect until the Court has ruled on the entirety of Yes on

/

/

/

Prop B's requested relief.

**IT IS SO ORDERED.**

Dated: February 12, 2020



CHARLES R. BREYER
United States District Judge